SAMUEL BOWZEY *versus* GEORGE W. NEWBEGIN.

Under the statute exempting from attachment " one pair of working cattle,"
    a *bull* used for work is exempt, although the owner has no other cattle.

THIS was an action of TRESPASS, against an officer, who, by
virtue of an execution against the plaintiff, seized and sold a
*bull*, which the plaintiff claims was exempt by the statute
from attachment and seizure.    The plaintiff owned no other
cattle.    He occasionally worked the bull in a short yoke to
draw his firewood, and for other labor.    The bull was also
kept by plaintiff for other uses.

The only question was, whether the animal, under such cir-
cumstances, was intended to be exempted by the statute,
under the designation of " one pair of working cattle."

*Wiswell*, for the plaintiff.

*G. Peters*, for the defendant.

PER CURIAM. — The . bull being used for work, is exempt
from attachment under the statute.      *Defendant defaulted.*